# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Jonathan Roach, | : | |
| | : | Civil Action No.:  4:16-cv-40005 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| Enhanced Recovery Corporation; and DOES 1- | : | |
| 10, inclusive, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Jonathan Roach ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 8, 2016

Respectfully submitted,

By: */s/ Sergei Lemberg*
Sergei Lemberg, Esq.
BBO No.: 650671
Lemberg Law, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 8, 2016, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By _/s/ Sergei Lemberg_____

Sergei Lemberg, Esq.